UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE GRAJALES,<br><br>         Plaintiff,<br><br>  -against-<br><br>ELI LILLY AND COMPANY, et al.,<br><br>         Defendants. | 23-CV-2493 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  On March 24, 2023, Plaintiff filed a complaint and partially paid the $402.00 in fees required to file a civil action in this court by providing a money order in the amount of $350.00, and coins totaling 3 cents. Because Plaintiff failed to pay the full 402.00 in fees, the Court directs the Clerk of Court to return to Plaintiff the money order and a check for 3 cents.

  The Court directs Plaintiff, within 30 days, to pay the $402.00 in fees using an acceptable payment method. The filing fees can be paid by certified check or money order, payable to: Clerk of Court – SDNY, and can be mailed to: Cashiers Unit – Room 260, 500 Pearl Street, New York, NY 10007. Any certified check or money order must include Plaintiff's case number, 23-CV-2493 (LTS). Payment can also be made by major credit card or cash (if the payment is made in person).

**CONCLUSION**

  The Clerk of Court is directed to return to Plaintiff the money order and a check for 3 cents. The Court directs Plaintiff, within 30 days, to submit the full $402.00 in fees for this civil action using one of the acceptable forms of payment described above.

  If Plaintiff fails, within 30 days of the date of this order, to pay the full filing fees, the action will be dismissed without prejudice to Plaintiff's refiling it.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 6, 2023
         New York, New York

                                               /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                            Chief United States District Judge