UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE GRAJALES,

                              Plaintiff,

                -against-

ELI LILLY AND COMPANY, et al.,

                             Defendants.

23-CV-2493 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

       On March 24, 2023, Plaintiff filed a complaint and partially paid the $402.00 in fees required to file a civil action in this court by submitting a money order in the amount of $350.00, and coins totaling three cents. By order dated April 6, 2023, the Court directed: (1) Plaintiff to pay the full $402.00 in fees using an acceptable payment method; and (2) the Clerk of Court to return to Plaintiff the money order, as well as issue him a check for three cents. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. All other pending matters in this case are terminated.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   June 7, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge