UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE GRAJALES,

                    Plaintiff,

-against-

ELI LILLY AND COMPANY, et al.,

                    Defendants.

23-CV-2493 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 7, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge